### EWEN v. HOEFER, et al.

(Supreme Court, Appellate Division, First Department. February 7, 1913.)

Appeal from Special Term, New York County.

See, also, 139 N. Y. Supp. 1055.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Bennet & Cooley, of New York City (Elmer E. Cooley, of New York City, of counsel), for appellant.

Abraham M. Pariser, of New York City, for respondents.

PER CURIAM. The action is brought by the trustee in bankruptcy of Herman W. Hoefer to set aside certain conveyances, for an accounting of the rents, and for possession of the premises conveyed, on the ground that the said conveyances were made for the purpose of hindering, delaying, and defrauding creditors, pursuant to a secret agreement and conspiracy that the property should be held for and reconveyed to the bankrupt upon his request.

The complaint alleges that at the time said Hoefer made the transfer he was solvent, and that the effect of the said transfer was to make him insolvent and unable to pay his debts, and that the parties to the

said secret agreement, conspiracy, and fraudulent transfer were the defendants, Hoefer, Hackman and Ochs. Sufficient facts were presented by the moving papers to justify the order for the examination before trial.

The order appealed from should be reversed, with $10 costs and disbursements to the appellant, and the order for the examination reinstated, with $10 costs.

---

### EWEN v. HOEFER et al.

(Supreme Court, Appellate Division, First Department.    February 7, 1913.)

APPEAL AND ERROR (§ 1180*)—EXAMINATION OF DEFENDANT—STAY OF TRIAL.
> Where an order denying a motion to examine defendant before trial is reversed, an order denying a stay of proceedings until the examination is taken will also be reversed.
>
> [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4626–4631, 4658, 4659; Dec. Dig. § 1180.*]

Appeal from Special Term, New York County.

Action by John Ewen, as trustee in bankruptcy of Herman W. Hoefer, against Elizabeth M. F. Hoefer and others. From an order denying plaintiff's motion for a stay until a defendant could be examined before trial, plaintiff appeals. Reversed, and motion granted.

See, also, 138 N. Y. Supp. 1115; 139 N. Y. Supp. 1054.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Bennet & Cooley, of New York City (Elmer E. Cooley, of New York City, of counsel), for appellant.

Abraham M. Pariser, of New York City, for respondents.

